Avi Burkwitz, Esq., Bar No.: 217225
Gayane Muradyan, Esq., Bar No.: 337436
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendant County of Los Angeles

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SANCHEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a political subdivision of the State of California; Custody Assistant Y. CHENG, a public employee; Custody Assistant J. Zavala, a public employee; and Custody Assistant O. Estrada, a public employee; and DOES 1-99, inclusive<br><br>Defendants. | Case No.: 2:22-cv-00289<br>Assigned to the Honorable:<br><br>**NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT PURSUANT TO 28 USC §§ 1441 AND 1446, BY DEFENDANT COUNTY OF LOS ANGELES**<br><br>Complaint Filed: November 15, 2021 |

**TO THE UNITED STATES DISTRICT COURT AND PLAINTIFF:**

PLEASE TAKE NOTICE that Defendant, COUNTY OF LOS ANGELES (hereby referred to as the "County" and/or "Defendant") hereby removes this action from the Superior Court for the State of California, County of Los Angeles, to the United States District Court for the Central District of California. The removal is made pursuant to 28 U.S.C. §§ 1441 and 1446 and is based on the following:

### I.     REMOVAL AND VENUE ARE PROPER

Plaintiff Joshua Sanchez ("Plaintiff") initiated this lawsuit against Defendants asserting various claims and/or violations of federal law presumably predicated upon allegations of improper conduct by numerous Sheriff personnel, named as

defendants, where Plaintiff claims he was inappropriately tased and suffered injury. Plaintiff further alleges the County has a practice of allowing such "hazing" practices to proliferate in its jails where the alleged hazing occurred. Specifically, Plaintiff's Complaint sets forth the following five (5) causes of action: 1) Unlawful Seizure Pursuant to 42 U.S.C. §1983-(4th Amendment); 2) Excessive Force Pursuant to 42 U.S.C. §1983-(14th Amendment); 3) Public Entity Liability Pursuant to 42 U.S.C. §1983-(4th Amendment);. 4) Public Entity Liability Pursuant to 42 U.S.C. §1983-(14th Amendment); 5) Public Entity Liability Pursuant to 42 U.S.C. §1983-(1st Amendment Retaliation) (See Declaration of Gayane Muradyan, Esq., in Support of Defendant's Removal ("Muradyan Decl."), ¶2, **Exhibit A**, a true and correct copy of Plaintiff's Complaint filed in the State Court on November 15, 2021). The last two causes of action are the only ones addressed to the County. As the Complaint solely alleges violations of federal statute(s), 42 U.S.C. § 1983, this action is appropriate for removal to Federal Court because it has original jurisdiction over Plaintiff's claims and removal of this action is proper.

## II.   PROCEDURAL POSTURE

On November 15, 2021, Plaintiff filed this action in the Superior Court of the State of California, County of Los Angeles, Case No. 21STCV42124. (Muradyan Decl. ¶2.) The County was personally served on or about December 14, 2021. (Muradyan Decl. ¶3.) To this date, the County is unaware of service on the named defendants but believes all defendants will content to removal. (See Muradyan Decl.).

Under 28 U.S.C. § 1446(b), a defendant has thirty (30) days to remove an action once defendant has been served with a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. Here, removal is timely as it is sought within thirty (30) days of December 14, 2021, the date the County was served. (Muradyan Decl., ¶4.) A true and correct copy of the State Court Docket is attached as **Exhibit B**.

### III.   THE QUESTION OF FEDERAL JURISDICTION

A case may be removed from state to federal court if the action could have been originally commenced in federal court. 28 U.S.C. § 1441(a); Grubbs v. General Electric Credit Corp., 405 US 699, 702 (1972). The propriety of removal is determined at the time the petition for removal is filed by reference to the Plaintiff's complaint filed in state court. La Chemise Lacoste v. Alligator Co., 506 F.2d 339, 343-344 (3d Cir. 1974). When the complaint states a claim invoking the original jurisdiction of the federal court, the action is removable. (Id.) Under the Judicial Code, federal district courts have original jurisdiction in the district courts over all actions brought under 42 U.S.C. § 1983. *See*, 28 U.S.C. § 1343(a)(3). Moreover, the Code confers original jurisdiction in the district courts over all actions involving federal questions. *See*, 28 U.S.C. § 1331.

Here, all of Plaintiff's claims for relief set forth in the Complaint reference federal statute §1983; thus, all claims invoke a federal question, as they involve claims under federal law against this removing Defendant. As Plaintiff has invoked federal law as the basis for one of his claims, this Court has original jurisdiction over Plaintiff's action and removal is proper. *See*, 28 U.S.C. § 1331. Additionally, to the extent there are any other claims being raised, the Court also has supplemental jurisdiction over any of Plaintiff's state law claims/causes of action set forth in the Complaint as they arise from the same common nucleus of operative facts as Plaintiff's Federal Claims. 28 U.S.C. § 1367. Accordingly, this Court has jurisdiction over the entirety of Plaintiff's action and this removal is proper.

### IV.   NOTICE TO THE COURT AND PARTIES

Contemporaneous with the filing of this Notice of Removal in the United States District Court for the Central District of California, the undersigned will give written notice of such filing to Plaintiff and a copy of the Notice of Removal will be filed with the Clerk of the Court for the California Superior Court of the County of Los Angeles, California. (Muradyan Decl., ¶6.)

WHEREFORE, the above-entitled action, now pending in the Superior Court of the State of California, County of Los Angeles, is removed to the United States District Court for the Central District of California.

DATED: January 13, 2022      **PETERSON · BRADFORD · BURKWITZ**

By:  /s/ Avi Burkwitz
     Avi Burkwitz, Esq.
     Gayane Muradyan, Esq.
     Attorneys for Defendant
     County of Los Angeles

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On January 13, 2022, I served the foregoing document described as: **NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT PURSUANT TO 28 USC §§ 1441 AND 1446, BY DEFENDANT COUNTY OF LOS ANGELES** on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED MAILING LIST

☒ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 13, 2022, at Burbank, California.

/s/ Lynda Kerekesh
Lynda Kerekesh

# SERVICE LIST

**RE:** **Sanchez, Joshua v. County of Los Angeles**

      Case No.:

Alan Romero, Esq.
Ted Wells, Esq.
Angela Xie, Esq.
Lucas E. Rowe, Esq.
**Romero Law, APC**
251 S. Lake Ave
Suite 930
Pasadena, Ca 91101

T: 626-396-9900
F: 626-396-9990
E: ajr@romerolaw.com
E: esw@romerolaw.com
E: rsm@romerolaw.com
E: js@romerolaw.com
E: ler@romerolaw.com
E: yx@romerolaw.com
E: rcq@romerolaw.com

Attorneys for Plaintiff
Joshua Sanchez