Avi Burkwitz, Esq., Bar No.: 217225
Gayane Muradyan , Esq., Bar No.: 337436
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendant County of Los Angeles

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SANCHEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a political subdivision of the State of California; Custody Assistant Y. CHENG, a public employee; Custody Assistant J. Zavala, a public employee; and Custody Assistant O. Estrada, a public employee; and DOES 1-99, inclusive<br><br>Defendants. | Case No.: 2:22-cv-00289<br>Assigned to the Honorable:<br><br>**DECLARATION OF GAYANE MURADYAN, ESQ. IN SUPPORT OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 USC §§ 1441(a) and 1446(a)-(b) BY DEFENDANT COUNTY OF LOS ANGELES**<br><br>Complaint Filed: November 15, 2021 |

DECLARATION OF GAYANE MURADYAN, ESQ.

I, Gayane Muradyan, Esq., hereby declare as follows:

1.  I am an attorney licensed to practice law in the State of California. I am an associate at the law firm of Peterson Bradford Burkwitz, LLP, attorneys of record for the County of Los Angeles ("Removing Defendant") in the present action. I have personal knowledge of the facts set forth in this declaration, except where stated upon information and belief. If called upon to testify about the contents of this declaration, I would and could competently do so.

2.  On November 15, 2021, Plaintiff filed this action in the Superior Court of the State of California, County of Los Angeles, entitled Joshua Sanchez v.

County of Los Angeles, a political subdivision of the State of California, Case No. 21STCV42124.  A true and correct copy of Plaintiff's Complaint filed in the State Court on or about November 15, 2021, is attached hereto as **Exhibit A**.  The Complaint asserts various claims and/or causes of action under both Federal and State law.

3. I am informed and believe that County of Los Angeles was served on December 14, 2021.  To this date I am unaware of service on any of the named Defendants, and I'm not aware of any objection to the removal of this action by any Defendant.

4. Removal is timely as it is sought within thirty (30) days of December 14, 2021, the date the County of Los Angeles was served with Plaintiff's Complaint in this matter.

5. A true and correct copy of the State Court Docket for LASC Case No. 21STCV42124 is attached hereto as **Exhibit B**.

6. Contemporaneous with the filing of this Notice of Removal in the United States District Court for the Central District of California, the undersigned will give written notice of such filing to Plaintiff and a copy of the Notice of Removal will be filed with the Clerk of the Court for the California Superior Court of the County of Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of January, 2022, at Burbank, California.

                                    /s/ Gayane Muradyan
                                  Gayane Muradyan, Esq.
                                  Declarant

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On January 13, 2022, I served the foregoing document described as: **DECLARATION OF GAYANE MURADYAN, ESQ. IN SUPPORT OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 USC §§ 1441(a) and 1446(a)-(b) BY DEFENDANT COUNTY OF LOS ANGELES** on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED MAILING LIST

☒ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 13, 2022, at Burbank, California.

                        /s/ Lynda Kerekesh
                        Lynda Kerekesh

# SERVICE LIST

**RE:** **Sanchez, Joshua v. County of Los Angeles**

Case No.:

Alan Romero, Esq.
Ted Wells, Esq.
Angela Xie, Esq.
Lucas E. Rowe, Esq.
**Romero Law, APC**
251 S. Lake Ave
Suite 930
Pasadena, Ca 91101

T: 626-396-9900
F: 626-396-9990
E: ajr@romerolaw.com
E: esw@romerolaw.com
E: rsm@romerolaw.com
E: js@romerolaw.com
E: ler@romerolaw.com
E: yx@romerolaw.com
E: rcq@romerolaw.com

Attorneys for Plaintiff
Joshua Sanchez