Avi Burkwitz, Esq., Bar No.: 217225
Gayane Muradyan, Esq., Bar No.: 337436
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendant County of Los Angeles

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SANCHEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a political subdivision of the State of California; Custody Assistant Y. CHENG, a public employee; Custody Assistant J. Zavala, a public employee; and Custody Assistant O. Estrada, a public employee; and DOES 1-99, inclusive<br><br>Defendants. | Case No.: 2:22-cv-00289<br>Assigned to the Honorable:<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>Complaint Filed: November 15, 2021 |

TO THE UNITED STATES DISTRICT COURT AND PLAINTIFF THROUGH ATTORNEYS OF RECORD:

    The undersigned, counsel of record for Defendant County of Los Angeles certifies that the following listed parties may have a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification.

1. Joshua Sanchez (Plaintiff)

2. County of Los Angeles (Defendant)

3. Y. Cheng (Defendant)

4. J. Zavala (Defendant)

5. O. Estrada (Defendant)

DATED:  January 13, 2022            **PETERSON · BRADFORD · BURKWITZ**

By:  /s/ Avi Burkwitz
     Avi Burkwitz, Esq.
     Gayane Muradyan, Esq.
     Attorneys for Defendant
     County of Los Angeles

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On January 13, 2022, I served the foregoing document described as:

**CERTIFICATE OF INTERESTED PARTIES**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 13, 2022, at Burbank, California.

/s/ Lynda Kerekesh

Lynda Kerekesh

CERTIFICATE OF INTERESTED PARTIES

# SERVICE LIST

**RE:** **Sanchez, Joshua v. County of Los Angeles**

**Case No.:**

Alan Romero, Esq.
Ted Wells, Esq.
Angela Xie, Esq.
Lucas E. Rowe, Esq.
Romero Law, APC
251 S. Lake Ave
Suite 930
Pasadena, Ca 91101

T: 626-396-9900
F: 626-396-9990
E: Firm@Romerolaw.com
Attorneys for Plaintiff
Joshua Sanchez

CERTIFICATE OF INTERESTED PARTIES