JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SANCHEZ,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF LOS ANGELES; Y. CHENG; J. ZAVALA; and O. ESTRADA,<br><br>　　　　　　Defendants. | Case No. CV 22-289-DMG (GJSx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order re Defendants' Motions for Summary Judgment, filed December 1, 2023,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants County of Los Angeles, Yunfeng Cheng, Jorge Zavala, and Oscar Estrada, and against Plaintiff Joshua Sanchez.

DATED: December 1, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-2-